FORM A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2019 JUL -1 PM 1:31

Michael Curry #20194

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.

COMPLAINT   1:19-CV-85

Mitch Miller

Dillon Brock

B.J. Burkhart

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in State or Federal Court dealing with the <u>same
       facts</u> involved in this action or otherwise relating to your imprisonment?
       Yes ( ) No (✓)

   B.  If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than
       one lawsuit, describe the additional lawsuits on another sheet of paper, using the
       same outline.)

1. Parties to this previous lawsuit
    Plaintiffs _____

    Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
    _____

3. Docket Number _____

4. Name of Judge to whom the case was assigned _____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement  Harlan County Detention Center

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is **Yes**,
      1. What steps did you take? I filed 2 grievance and 2 request to the Class D Coordinator on all of these incident's.

      2. What was the result? On the Grievance's both of them said that they will talk to them. On the request about me not getting to eat dinner for the second time nonething.

   D. If your answer is **No**, explain why not


   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is **Yes**,
      1. What steps did you take?

      2. What was the result?

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

    A. Name of Plaintiff Michzal Curry

        Address 6000 Highway 38 Evarts, Ky 40828

    B. Additional plaintiffs _____

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

    C. Defendant Mitch Miller

        is employed as Sgt

        at Harlan County Jail

    D. Additional defendants Dillon Brock Sgt. Harlan County Jail
B.J. Burkhart Jailer Harlan County Jail

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On 5-22-19 didn't get nonething to eat for dinner. Then on 6-16-19 didn't get nonething to eat again because the Sgt. came and threw my tray in the floor. No Recreation being lockdown 24 hours a day. On 6-5-19 Sgt came to the door and called me 2 Niggz and threatening to take my pills and put me in the hole. I take high blood pressure medication.

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. **Do not cite cases or statutes**.)

To Settle these matters.

VII. Statement Regarding Assistance in Preparing this Complaint
    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? **Yes** ( ) **No** (✓)
    B. If your answer is **Yes** name the person who assisted you.
    C. Signature of person who helped prepare complaint.

(Signature) _____NONE_____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

Signed the 24 day of June, 2019.
(Signature of Plaintiff) Michael Curry
Signatures of additional plaintiffs, if any:

4

Part #2

Continued   Pg. 4

On 6-26-19 2nd on 6-27-19 I got legal mail. But both times i got it, it was open. I filed a grievance and they said that they was going to look into it.

THANK you!!
Michael E

